UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREA FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:15-cv-00668-WTL-MJD |
| | ) |
| INDIANA UNIVERSITY HEALTH | ) |
| BLOOMINGTON HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted. IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each party shall bear its/her own costs and attorneys' fees.

DATED: October 20, 2015

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF